```
BI01MGL                TENNESSEE DEPARTMENT OF CORRECTION    DATE: 04/12/2023
RMSI                              T O M I S                  TIME: 11:15
TURKMA01                    DISCIPLINARY REPORT              PAGE:  01
```

Inmate Copy

```
OFFENDER NAME: GIBBS, JERMAINE
TOMIS ID: 00543976
INSTITUTION NAME: RIVERBEND MAXIMUM SECURITY INSTITUTION
UNIT ID:  1D1
CELL ID:  05    3 n F 76

INCIDENT
   INCIDENT ID: 01577508
      INCIDENT DATE: 04/11/2023           INCIDENT TIME: 11:39:00
      INCIDENT TYPE: ASSAULT OFFENDER - WEAPON
      DISCIPLINARY CLASS:
      INFRACTION TYPE: ASSAULT ON OFN WITH WEAPON
      WEAPON USED: KNIFE/ BROOM HANDLE
      VIOLENCE COMMITTED: DEADLY WEAPON USED
      PREPARED BY STAFF ID: TURKMA01
      REPORTED BY STAFF ID: TURKMA01

EVIDENCE
   EVIDENCE ID: 01577508
      EVIDENCE TYPE: HOME MADE WEAPON/GUN-KNF
      EVIDENCE DATE: 04/11/2023
      FOUND LOCATION: UNIT 4 DELTA POD DAYROOM
      PRESENT LOCATION: I/A SAFE
      DESCRIPTION: HOMEMADE KNIFE / BROOM HANDLE
      STATUS: GOOD CONDITION

WITNESSES/VICTIMS/PERSONS INVOLVED
   PERSON ID: TURKMA01
      PERSON TYPE: S
      INJURED (Y/N): N
   PERSON ID: 00497307
      PERSON TYPE: O
      INJURED (Y/N): Y
   PERSON ID: 00543976
      PERSON TYPE: O
      INJURED (Y/N): Y

SEGREGATION
   SEGREGATED BY: VANZDE01
      START DATE: 04/11/2023              TIME: 13:00:00
      SCHEDULED END DATE: 04/25/2023      TIME: 13:00:00
      ACTUAL END DATE:                    TIME:
      SEGREGATION TYPE: SEGREGATION PEND INVESTIGAT

OTHER PERSONS INVOLVED:
         CORRECTIONAL OFFICER MICHAEL MAERKI, SERGEANT LOGAN HANEVOLD
         CORPORAL JORDAN JOHNSON, CORRECTIONAL OFFICER DANIEL DEUTSCH
```

TOMIS ID: 00543976     INCIDENT ID: 01577508
OFFENDER NAME: GIBBS, JERMAINE

DESCRIPTION:
ON APRIL 11, 2023, AT APPROXIMATELY 11:39 AM, A CODE 1 (OFFICER NEEDS ASSISTANCE) WAS CALLED IN UNIT 4. INMATE GIBBS, JERMAINE # 543976 (AFFILIATED WITH ROLLIN 60 CRIPS), ASSIGNED TO UNIT 4, DELTA POD, CELL 106 AND INMATE LUMPKIN, CEVIN # 497307 (AFFILIATED WITH GANGSTER DISCIPLES), ASSIGNED TO UNIT 4, DELTA POD, CELL 101, GOT INTO A PHYSICAL ALTERCATION IN UNIT 4 DELTA POD DAY ROOM. AFTER REVIEWING THE VALERUS CAMERA SYSTEM, IT WAS DETERMINED THAT INMATE GIBBS USED A HOMEMADE WEAPON MADE OF METAL, SHARPENED TO A POINT, WITH A CLOTH HANDLE, MEASURING 8 INCHES IN LENGTH. INMATE LUMPKIN USED A BROOM HANDLE AS A WEAPON. INMATE LUMPKIN WAS STABBED TWO (2) TIMES IN THE RIGHT ARM BY INMATE GIBBS. INMATE GIBBS WAS STRUCK SEVERAL TIMES BY INMATE LUMPKIN WITH THE BROOM HANDLE. SERGEANT LOGAN HANEVOLD, CORPORAL JORDAN JOHNSON, AND CORRECTIONAL OFFICER DANIEL DEUTSCH GAVE VERBAL DIRECTIVES TO STOP FIGHTING AND PROCEEDED TO DEPLOY STATE ISSUED "SABRE RED CROSSFIRE" (BRAND) CHEMICAL AGENTS TO GAIN COMPLIANCE.
INMATE LUMPKIN AND INMATE GIBBS COMPLIED WITH DIRECTIVES WITHOUT FURTHER INCIDENT. INMATE LUMPKIN SUSTAINED TWO (2) MINOR LACERATIONS TO THE RIGHT ARM AND INMATE GIBBS SUSTAINED MINOR SCRATCHES AND BRUISING. BOTH INMATES WERE ASSESSED AND TREATED BY RESPONDING MEDICAL STAFF. MEDICAL FORMS CR-2592 (ACCIDENT / INCIDENT / TRAUMATIC INJURY REPORT) WERE COMPLETED BY REGISTERED NURSE SUSAN WALTON (INMATE LUMPKIN) AND LICENSED PRACTICAL NURSE VALERIE LEONARD (INMATE GIBBS). USE OF FORCE - CHEMICAL AGENT PACKET WAS COMPLETED. ALL NOTIFICATIONS WERE MADE. INMATE GIBBS AND INMATE LUMPKIN ARE CHARGED WITH ASSAULT ON OFFENDER WITH WEAPON. REVIEWED AND APPROVED BY ASSOCIATE WARDEN OF SECURITY ERNEST LEWIS.

PREPARED BY STAFF ID:   TURKMA01   TURK, MARY ANNA
REPORTED BY STAFF ID:   TURKMA01   TURK, MARY ANNA

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

| OFFENDER SIGNATURE | DATE/TIME |
| --- | --- |
| GIBBS, JERMAINE | 00543976 |

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO SIGN REPORT.

| EMPLOYEE INITIALS, IF REPORTING EMPLOYEE; OTHERWISE, FULL NAME. | DATE/TIME |
| --- | --- |

```
BI01MGL                TENNESSEE DEPARTMENT OF CORRECTION    DATE: 04/12/2023
RMSI                            T O M I S                    TIME: 11:15
TURKMA01                    DISCIPLINARY REPORT              PAGE:  03
```

TOMIS ID: 00543976        INCIDENT ID: 01577508
OFFENDER NAME: GIBBS, JERMAINE

_TurKma01_
REPORTING OFFICIAL                    4/12/2023  11:15
                                         DATE/TIME

_TurKma01_
PREPARED BY                           4/12/2023  11:15
                                         DATE/TIME

_[signature]_
REVIEWING DESIGNATED SUPERVISOR       4-12-23   1200
                                         DATE/TIME

IF PLACED IN SEGREGATION:

_[signature]_
SENIOR SECURITY OFFICER               4-12-23   1200
                                         DATE/TIME

_____    _____
WARDEN (SEGREGATION PENDING INVESTIGATION)  DATE/TIME