Department of
Correction

 **MEMO**

To:         Assistant Commissioner of Prisons

From:       Tony Mays, Warden

Date:       April 14, 2023

**Subject:     Staff Assault Incident Review: RMSI Incident #01577424**

A comprehensive Staff Assault with Weapon Incident review was conducted regarding an incident #01577424 which occurred on April 11, 2023, at 11:39 am. Inmate Jermaine Gibbs # 543976 assigned to Unit 4, D-106 and Inmate Tevin Lumpkin #497307 Unit 4 D-106 were involved in an altercation with one another which resulted in Officer Maerki being assaulted.

**Significantly Involved Parties:**     Officer Michael Maerki, Officer Daniel Deutsch, Corporal Jordan Johnson, Sergeant Logan Hanevold, Inmate Tevin Lumpkin and Inmate Jermaine Gibbs.

**Victim:** Officer Michael Maerki began employment on February 6, 2023. He has no employee disciplinary.

**Witness**: Officer Daniel Deutsch began employment February 21, 2023. He has received no employee disciplinary

**Witness**: Corporal Jordan Johnson began employment June 27, 2022. He has received no employee disciplinary

**Witness**: Sergeant Logan Hanevold began employment February 14, 2022. He has received no employee disciplinary

**Suspect**: Inmate Jermaine Gibbs #543976 is a 30-year-old (Close Custody) inmate from Memphis Tn. Inmate Gibbs is serving a 15-year sentence for Carjacking, Aggravated Assault, Especially Aggravated Kidnapping, Aggravated Robbery, Failure to appear (Felony), and Aggravated Burglary. Inmate Gibbs is a confirmed member of the Crips. In the past year Inmate Gibbs has received the following disciplinary's Ten (10) Defiance, Six (6) Sexual Misconducts, Four (4) Sexual Harassments, Two (2) Indecent exposure, One (1) Part of security threat group act, One (1) Assault on offender.

**Suspect**: Inmate Tevin Lumpkin #497307 is a 31-year-old (Close Custody) inmate from Milan Tn. Inmate Lumpkin is serving a 60-year sentence for First Degree Murder, Reckless endangerment – Deadly Weapon involved, and Scheduled VI Drugs: Not less than ½ oz. Inmate Lumpkin is a confirmed member of the Gangster Disciples. In the past year Inmate Lumpkin has received the following disciplinary's, two (2) Defiance, one (1) Poss. of free world money, two (2) Fighting.

Department of Correction · Riverbend Maximum Security Institution· 7475 Cockrill
Bend Blvd. · Nashville, TN 37243 · Tel. 615-350-3100 · tn.gov/Correction


Department of
**Correction**


# MEMO

**Synopsis of Incident:** On April 11, 2023, At Approximately 11:39 am, A Code 1 (Officer needs assistance) was called by Corporal Jordan Johnson in unit 4 Delta pod during dayroom activities. Inmate Jermaine Gibbs # 543976 assigned to unit 4 D-106 and inmate Tevin Lumpkin # 497307 assigned to unit 4 D-101 were involved in an altercation in the Delta pod dayroom. Inmate Gibbs had a homemade knife, approximately eight (8) inches in length which was sharpened to a point with a cloth handle, Inmate Lumpkin had a wooden broom. Inmate Gibbs attempted to stab inmate Lumpkin. Inmate Lumpkin utilized the broom to strike inmate Gibbs several times. During the altercation, inmate Gibbs did stab inmate Lumpkin twice in his right arm. Officer Maerki attempted to stop the altercation between the two offenders and was assaulted during the incident. Officer Maerki with to the ground with both inmates Gibbs and Lumpkin. Inmate Lumpkin was able to get to his feet and struck Officer Maerki and inmate Gibbs several times with the broom. Inmate Gibbs was able to get to his feet and attempted to continue the altercation. Responding staff, Sergeant Logan Hanevold, Corporal Jordan Johnson, Officer Deutsch gave several verbal directives for the offenders to stop. Inmate Gibbs would not comply. Sergeant Hanevold, Corporal Johnson, and Officer Deutsch did deploy Sabre Red chemical agents attempting to gain compliance. Inmate Lumpkin did comply and was escorted out of the pod. Inmate Gibbs remained non-complaint until members of the Cert team arrived at which time, he handed over the weapon and allowed restraints to be applied. Officer Maerki was assessed by on site medical and received initial treatment. Officer Maerki was transported to by state vehicle to Vanderbilt Medical Center where he was treated for lacerations on his right hand and a broken right hand. Inmate Gibbs was assessed by medical and treated for minor scratches and bruising. Inmate Lumpkin was assessed by medical and treated for two minor lacerations to his right arm. Medical documentation (CR-2592) was completed for staff and offenders involved. Both Inmate Lumpkin and Inmate Gibbs are being charged with Assault on staff with weapon, Assault on Offender with weapon and Possession of a Deadly Weapon.

**Areas of Concern:** While the offender (Lumpkin)was out with the broom cleaning, the offender who was out for a shower (Gibbs) was not properly searched when removed from his cell. Appropriate disciplinary action will be initiated.

Department of Correction · Riverbend Maximum Security Institution· 7475 Cockrill Bend Blvd. · Nasnville, TN 37243 · Tel: 615-350-3100 · tn.gov/Correction