

TInp-501.01V1.(C)(C)(1)

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**RECEIVED** APR 25 2023
Riverbend Maximum Security Institution
Grievance Office

#543976

**NAME:** Jermaine gibbs
**NUMBER:** 543576
**INSTITUTION & UNIT:** RMSI IN7 cell 76

**DESCRIPTION OF PROBLEM:** On Tuesday April 11th 2023 RMSI unit 4-D pod I Jermaine gibbs 543576 was housed in 4-D 105 cell was Let out for shower by cpl Jordan Johnson when me

**REQUESTED SOLUTION:** That the staff who Assaulted me be reprimand And prosecuted And video And records be review And the TBI have Access to the Files And records

**Signature of Grievant:** [signature] 543576
**Date:** 4,21,23

---

### TO BE COMPLETED BY GRIEVANCE CLERK

**Grievance Number:** 23-0143/00359512
**Date Received:** 4/25/2023
**Signature Of Grievance Clerk:** [signature]

**INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:** ___

**AUTHORIZED EXTENSION:** ___
New Due Date ___ Signature of Grievant ___

---

### INMATE GRIEVANCE RESPONSE

05/04/23
**Summary of Supervisor's Response/Evidence:** See CR-3148

05/04/23
**Chairperson's Response and Reason(s):** Supervisor Response Acknowledged

**DATE:** 04/27/23 **CHAIRPERSON:** Cpl [signature]

Do you wish to appeal this response? ✓ YES  ___ NO

RECEIVED MAY 15 2023 Grievance

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

05/09/23 **GRIEVANT:** Jermaine gibbs  **DATE:** 5-15-2023  **WITNESS:** Cpl [signature] 05/15/23

**Distribution Upon Final Resolution:**
White – Inmate Grievant  Canary – Warden  Pink – Grievance Committee  Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00) Page 1 of 2 RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: And Inmate Lumbkin #497307 get into An dispute I had An knife And inmate Lumbkin had an broom I stuck inmate Lumbkin with knife code was called which resulted in incident #01577508 which was reported by staff Id# TuckMa01. I was seen by Nurse Valerie Leonard C/O daniel deutsch C/O Michael Maerki Sgt Logan Hancvole And cpl Jordan Johnson was present while I was seen by Nurse And seen I had minor scrapes And bruises. Capt D Jones Lt stevens cert commander Campbell cert officer Taylor cert officer white Escorted me From unit 4 thru the backdoor to unit 1B 105 cell on the way to unit 1 I was picked up And dropped on my head 6 times And dragged when we made it to unit 1 E pod waitin on 1B cell 105 to be cleared Lt. Stevens Assualted me in E pod by choking me til I was seen black spots I was ~~close~~ tossed in cell 105 1B pod I was stomped beat And tasered again And stabbed in my right Leg cert commander campbell Tryed to stand in the door blocking video From pick'in up what was going on yellin kick his Ass. I was beating to the point I had to be transported to Vanderbelt hospital in Nashville, Tennessee. Where I substained An concussion An factual skull my right Eye was swollen Shut my Eye socket was Factual my Nose broken concrete burns From being dragged Throat swollen From Lt stevens choking me Taser burns From Capt D Jones And An 2 inch deep stab wound in my right Leg From being stabbed with An knife by the cert Team. For I was seen by Nurse Valerie Leonard in incident #01577508 And I didn't have Any injuries when I Left unit 4. vanderbelt have pictures And records of this Assualted. capt D Jones Lt steven And the cert team under cert commander campbell Assualted me with An weapon violated my 8th And 14 constitutional Amendement the video footage as well the hospital records From vanderbelt will Show I was Assualted as well Accident report # cr-2592

Distribution Upon Final Resolution:
White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner (if applicable)
CR-1394 (Rev. 3-09)    Page 2 of 2    RDA 2244
Case 3:23-cv-01047    Document 1-3    Filed 10/06/23    Page 2 of 2 PageID #: 23