



**TO:** Shanrekia Ward
Grievance Chairperson

**FROM:** Kevin Genovese KG/BM
Deputy Assistant Commissioner of Prison Operations

**DATE:** May 25, 2023

**SUBJECT:** Grievance Correspondence #359312

The Deputy Assistant Commissioner of Prison Operations has reviewed this grievance and does not concur. Please have the supervisor respond to the allegations of staff assault made by Jermaine Gibbs #543976.

KG/BB