

**TENNESSEE DEPARTMENT OF CORRECTION**

RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT.

DATE: 6/29/2023       Please respond to the attached grievance, indicating any action taken.
                      Date Due: _____

23-0153 (reference grievance)
23-0143-0035 0312   Jermaine Gibbs      543974
Grievance Number    Inmate Name         TDOC ID

Upon review of the UOF and incident, I was not able to find or viewed anything that was staff assaulting him.

_____     6-29-23
SIGNATURE                     DATE

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-3148 (Rev. 2/21)                                              RDA 2244

After reviewing video, witness, statements, and accident injury report (AIT); offender Jermaine Gibbs #543976 allegation of being assaulted by RMSI staff is unsubstantiated. The incident, witness statement all correlates with the video evidence. There's no evidence of staff assaulting offender Gibbs #543976. Moreover, video shows evidence of offender Gibbs to attacking offender Lumpkins with a shank. During the attack, offender Gibbs accidently stabbed in himself in the leg while swing wildly on the floor. Offender Lumpkin was able to escape and proceeded to violently beat offender Gibbs in the head and neck area with a broom handled. Everyone included offender Lumpkin left the pod and waited on CERT. When CERT arrived offender Gibbs, handed over the knife and laid on the floor and complied. CERT applied restraints and search offender Gibbs and escorted him out the unit.