IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERMAINE GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-01047 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| CHARLES STEVENS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is a "Motion for Summary Judgment Due to Spoliation of Material Evidence, or Other Sanctions Against Defendant Tennessee Department of Corrections" (Doc. No. 54, "Motion") filed by Plaintiff, Jermaine Gibbs. Via the Motion, Plaintiff seeks summary judgment against Defendant Tennessee Department of Corrections ("TDOC") due to the purported spoliation of certain video evidence by TDOC. (Doc. No. 54 at 15-16). In the alternative, Plaintiff requests that the Court enter a default judgment against TDOC (*id.* at 16), provide the jury with an adverse inference (*id.* at 16-18), or "fashion" another "spoliation sanction as it deems appropriate." (*Id.* at 18). Since the Motion was filed, however, TDOC was terminated as a defendant in this action, (Doc. No. 94), and therefore the relief requested in the Motion is now moot.

Accordingly, the Motion (Doc. No. 54) is **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE